IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-CV-71-D

| | | |
|---|---|---|
| PAUL E. CHERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELIZABETH CITY STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

On June 23, 2015, Paul E. Cherry filed a motion to suppress witness statements and documents [D.E. 33]. The motion [D.E. 33] is DENIED as frivolous.

SO ORDERED. This 23 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge