UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL E. CHERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 2:13-CV-71-D |
| | ) | |
| ELIZABETH CITY STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 35]. Defendant may file its motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on November 2, 2015, and Copies To:**

| | |
|---|---|
| Paul E. Cherry | (via U.S. Mail at 161 Richard Shaw Road, Moyock, NC 27958) |
| Alexander McClure Peters | (via CM/ECF electronic notification) |
| Stephanie Ann Brennan | (via CM/ECF electronic notification) |

DATE  
November 2, 2015

**JULIE RICHARDS JOHNSTON, CLERK**  
By: /s/ Susan W. Tripp  
Deputy Clerk