UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| PAUL E. CHERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ELIZABETH CITY STATE UNIVERSITY, )<br>)<br>Defendant. ) | **AMENDED JUDGMENT**<br>No. 2:13-CV-71-D |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion for partial dismissal of plaintiff's amended complaint [D.E. 23] is GRANTED. Defendant's motion to dismiss the original complaint [D.E. 15] is DISMISSED as moot. The court GRANTS defendant's motion for summary judgment [D.E. 35]. Defendant may file its motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on November 2, 2015, and Copies To:**

| | |
|---|---|
| Paul E. Cherry | (via U.S. Mail at 161 Richard Shaw Road, Moyock, NC 27958) |
| Alexander McClure Peters | (via CM/ECF electronic notification) |
| Stephanie Ann Brennan | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE<br>November 2, 2015 | JULIE RICHARDS JOHNSTON, CLERK<br>By: /s/ Susan W. Tripp<br>Deputy Clerk |